

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00234-CV

| | | |
|---|---|---|
| KAYLEE MCMAHON, Appellant | § | On Appeal from the 67th District Court |
| v. | § | of Tarrant County (067-341074-23) |
| MARRIOTT HOTEL SERVICES, INC., A DELAWARE CORPORATION, AS MANAGER OF THE GAYLORD TEXAN RESORT & CONVENTION CENTER, | § | July 11, 2024 |
| Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM